| | | |
|---|---|---|
| CUSTOMER'S ORDER NO. | DEPT. | DATE 11/17/14 |

NAME: Matthew Tollis

ADDRESS:

| QUAN. | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | 1 | 3:14 MJ 20L (HBF) | | |
| | 2 | | | |
| | 3 | USA v Matthew Tollis | | |
| | 4 | | | |
| | 5 | Mortgage Bond Pkg | | |
| | 6 | | | |
| | 7 | | | |
| | 8 | | | |
| | 9 | | | |
| | 10 | Judy Tompkins | | |
| | 11 | USPO | | |
| | 12 | | | |
| | 13 | | | |
| | 14 | | | |
| | 15 | | | |
| | 16 | | | |
| | 17 | | | |
| | 18 | | | |

REC'D BY

KEEP THIS SLIP FOR REFERENCE
TOPS FORM 46350®

0268