Janet Hall, Presiding Judge  
Federal District Court  
New Haven, CT

September 27, 2015

Your Honor,

    My name is Matthew Tollis and I will be appearing before you on October 6, 2015 for sentencing on the charge of conspiracy to engage in the malicious conveying of false information, a bomb threat. I am writing to you so I can try to explain myself and the reasons for my actions. I take full responsibility for may participation in engaging in the bomb threat hoaxes. I am sorry for wasting the time and resources of the public safety personnel that had to be involved as a result of these hoaxes and for the emotional distress and inconvenience of the numerous individuals.

    This year has been extremely difficult for me, being arrested, spending three days in jail, losing my job, and being on home confinement. In addition to the embarrassment, humiliation and stress that I have brought to my family and myself as a result of the extensive media coverage both nationally and internationally. However, this year has also been a blessing. It has allowed me to explore the root of my emotional and psychological issues that have been affecting me for a number of years. These instabilities were a contributing factor in these terrible choices I had been making throughout high school and most of 2013-2014. I was in a very low and vulnerable place.

    I felt that I did not have any peers or even family that understood how I felt, so I turned to online gaming and social media. Twitter gave me an outlet where I could be myself, and also connect with others that felt the way that I felt. Even though it was an online account, I felt that the people I talked communicated with accepted me, which is a leading factor to my online addiction. During this time, I started to sleep less and be online more. I would spend hours sitting at my desk playing xbox, or talking on Skype and tweeting. That combined with my constant marijuana use numbed the true pain that I was feeling. Some time later, after an argument between an online friend, I started receiving threatening phone calls, and food deliveries that I had not even ordered at all hours of the night and day.

    The harassment made me angry and bitter, so I decided to seek out help from people who could get rid of the people harassing me. I was in a vulnerable state of mind, and was not thinking with a clear head. I figured that the people that I had surrounded myself with (Members of T.C.O.D) could "Protect" me from future harassment. As my relationship with these individuals grew, I felt a greater loyalty towards them. I trusted them with some of my deepest secrets, and told them things I had not even told my own family. When they started to call in these hoaxes, I had felt kind of obligated to be in the calls. It was at this point, that I rejected my values and truly embraced being involved with these individuals. I take full responsibility for my actions, and wish that I could take back the things that I have done, but I cannot.

    I feel that being involved in the criminal justice system has given me the wake up call that I needed. During the past 11 months, I have undergone extensive psychological therapy with Jay Schuder, a psychotherapist and Dr Louis Forouhar-Graff, a psychiatrist. Through these therapy sessions I have been able to talk about the events that had led me to this situation and to me being a defendant in your courtroom. As a result of this therapy, I attended and completed a Co-Occurring Therapy Program and received a completion certificate on March 25, 2015. Through this program, I learned to understand my emotions, identify negative and positive emotions and strategies to deal with negative emotions.

    After being on complete home confinement for 7 months, with the exception of attending therapy sessions, I was given permission to look for employment. I met with a counselor at Our Piece of the Pie to see if I qualified for a vocational training program. However, due to my family's financial situation I did not qualify. I was hired by a Dunkin Donuts franchise in April and have been working 20-25 hours a week. This position has allowed me to be more responsible for myself. It has also allowed me to acquire new skills on how to effectively work as a team member and how to deal with individuals with different personalities and backgrounds. This job has also given me perspective on what life will be like without furthering my education.

    While awaiting sentencing, I will continue with therapy and maintaining employment. I am giving much

thought about furthering my education and what career path I may be allowed to participate in. I want to complete my sentence and move forward.

    Your honor, I am human. I made a grave mistake. I understand what I have done and cannot be more apologetic for my actions.

Sincerely,

*Matthew Tollis*

Matthew Tollis